UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIO MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>TRANS VALLEY TRANSPORT, et al.,<br><br>Defendants. | Case No. 22-cv-07164-TLT<br><br>**QUESTIONS FOR HEARING**<br><br>Re: ECF No. 28 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON NOVEMBER 30, 2023, AT 2:00 P.M.

The Court has reviewed Plaintiff's brief and does not wish to hear the parties re-argue matters already addressed in those papers. Each party shall have twenty (20) minutes to address the following questions:

1) Plaintiff estimates that Defendants' total exposure is about $2.8 million, in comparison to a settlement of $700,000. ECF No. 28 ("Mot.") at 12. Could Plaintiff provide additional information about how it calculated its numbers and its underlying assumptions?

2) Could the parties provide estimates on the expected payout to the class? Please provide an estimate of the percentage of the class that the parties expect to neither object nor opt out, and the related payout.

3) For class payout, the parties intend to allocate the funds based on the number of workweeks per driver. ECF No. 28-4 ("Settlement Agmt.") at 6. Could Plaintiff provide information about how the number of workweeks per driver will be calculated, in light of Plaintiff's fifth cause of action (*i.e.*, failure to provide accurate wage statements)? *See*

ECF No. 1-2 ("FAC") ¶¶ 37-44.

4) The proposed notice plan appears to rely solely on first class mail. Settlement Agmt. at 8. Did the parties consider other options for notice, such as by email or social media? "[A] single mailed notice may fall short of 'the best notice that is practicable under the circumstances.'" *Fuapau v. Lhoist N. Am. of Arizona, Inc.*, No. 20-CV-04404, 2022 WL 834958, at *12 (N.D. Cal. Mar. 21, 2022) (citing *Roes, 1-2 v. SFBSC Mgmt., LLC*, 944 F.3d 1035, 1046 (9th Cir. 2019)).

5) After an initial distribution to the class, any class member checks that are not cashed or deposited within 90 days after mailing shall be donated to a *cy pres* beneficiary. *Id*. at 7. Could Plaintiff provide an estimate of the total settlement fund that will be allocated to the *cy pres* beneficiary? In addition, did the parties consider a second round of distribution to the class, before distribution to a *cy pres* beneficiary?

6) Could Plaintiff explain why it sought to certify a single class for settlement purposes, in comparison to the multiple proposed classes in the FAC?

7) As part of the settlement, Defendants state they will separately pay the payroll taxes associated with the gross settlement amount. Settlement Agmt. at 6. Could Defendants confirm they will be able to pay these taxes and the projected amounts and costs of these taxes?

8) How did the parties identify Atticus Administration as a settlement administrator?

9) Is CAFA notice required and if yes, when will it be given? *See* Northern District of California's Procedural Guidance for Class Action Settlements, § 10.

If the parties intend to rely on authorities not cited in their briefs, they must notify the Court and opposing counsel of these authorities 24 hours in advance of the hearing by filing a statement of supplemental authorities, with pinpoint citations, and without argument or additional briefing. Cf. Civil L. R. 7-3(d). Copies of the cases should not be filed in the docket, but rather, Counsel will be required to email the supplemental authorities to the Courtroom Deputy at tltcrd@cand.uscourts.gov. The parties will be given the opportunity at oral argument to explain their reliance on such authority. The Court encourages that junior associates or of counsel

1   attorneys who are working on this case be permitted to address some or all the Court's questions.

2   **IT IS SO ORDERED.**

3   Dated: November 27, 2023

```
                                              _____
                                              TRINA L. THOMPSON
                                              United States District Judge
```