UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIO MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS VALLEY TRANSPORT, et al.,<br><br>    Defendants. | Case No. 22-cv-07164-TLT<br><br>**NOTICE OF TENTATIVE RULING**<br><br>Re: ECF No. 28 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING TENTATIVE RULING FOR THE HEARING SCHEDULED ON NOVEMBER 30, 2023, AT 2:00 P.M.

    The Court tentatively finds that Plaintiff has met the requirements for class certification for settlement purposes but has failed to show that the proposed settlement is fair, adequate, and reasonable. Accordingly, the Court **tentatively DENIES** Plaintiff's motion for preliminary approval, without prejudice.

    The parties shall jointly advise the Court at the hearing scheduled for November 28, 2023, at 2:00 pm how they intend to proceed in this action based upon the tentative ruling.

    **IT IS SO ORDERED.**

Dated: November 27, 2023

                                                TRINA L. THOMPSON<br>
                                                United States District Judge