UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIO MENDOZA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANS VALLEY TRANSPORT, et al.,<br><br>  Defendants. | Case No. 22-cv-07164-TLT<br><br>**JUDGMENT**<br><br>Re: ECF 65 |

    On October 8, 2024, the Court granted Lead Plaintiff's Motion for Final Approval of Class Action Settlement and granted Plaintiff's Motion for Attorneys' Fees, Costs, and Enhancement Awards. ECF 65.

    Judgment is entered in this matter. The Clerk shall close this file, subject to the filing of a post-distribution accounting in accordance with the Northern District's Procedural Guidance for Class Action Settlements no later than March 13, 2025, and a compliance deadline of June 12, 2025, on the Court's 3:00 pm. calendar, via videoconference, to verify timely filing of the post-distribution accounting.

    IT IS SO ORDERED.

Dated: October 9, 2024

_____
TRINA L. THOMPSON
United States District Judge